General Accident Fire & Life Assurance Corporation, Ltd., Appellant, v. Sophia Krekel, Appellee.

### Gen. No. 6,252.   (Not to be reported in full.)

Appeal from the Circuit Court of Peoria county; the Hon. CHESTER BARNETT, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed August 10, 1916.

### Statement of the Case.

Action by Sophia Krekel, plaintiff, against General Accident Fire & Life Assurance Corporation, Ltd., de-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

fendant, to recover on an accident insurance policy for $300 on the life of plaintiff's husband. From a judgment for plaintiff for $345, defendant appeals.

Keithley & Keithley, for appellant.

Kirk & Shurtleff, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

## Abstract of the Decision.

1. Appeal and error, § 864*—*when questions not considered on appeal.* Questions pertaining to the issue raised by the general issue and to the verdict will not be considered on appeal where the abstract does not contain the declaration or verdict.

2. Insurance, § 667*—*when evidence insufficient to show that insured committed suicide.* In an action on a life insurance policy where there was no direct evidence as to how the insured was shot, but it appeared that on the morning of his death he dressed himself, took his revolver, and went downstairs to his saloon and then into the basement and returned to the saloon, where, after a scuffling sound and two revolver shots, he was found dead, and a door leading to the outside of the building open with a bullet hole through it, evidence *held* insufficient to show that deceased committed suicide.

3. Appeal and error, § 1236*—*when party may not complain of insufficiency of proof.* An insurance company which waives formal proof of notice of death of the insured and of proofs of death at the trial cannot complain on appeal of the insufficiency of the proof in such respects.

4. Insurance—*when no recovery on accident policy for additional per cent.* Where an accident insurance policy provides that the beneficiary, in case of death of insured, shall be entitled to recover a certain sum, and, in addition thereto a stipulated per cent. for each consecutive month preceding the accident, provided the policy is maintained in force continuously, and the monthly premiums are paid on the date due, there can be no recovery for such stipulated per cent. if the payments are not made when due.

5. Appeal and error, § 1769*—*when affirmed upon entering of remittitur.* A judgment will be affirmed where the amount thereof is erroneous, upon entering of a remittitur as required by the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.